UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Samuel Stefan daisy,

   Plaintiff,             Case No.: 1:11-cv-366

   v.                Judge Michael R. Barrett

KAO Brands Company, et al,

   Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Stephanie K. Bowman on November 3, 2011 (Doc. 14). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure, including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner.[1]  *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  No objection to the Report has been filed.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full.  As the Report recommends (Doc. 14, 2), it is **ORDERED** that that Defendant Maureen Jolley's Motion to Dismiss (Doc. 7) is **GRANTED** and all claims against Defendant Jolley are **DISMISSED with PREJUDICE** for failure to state a claim.

  **IT IS SO ORDERED**.

                  *s/Michael R. Barrett*
                  United States District Judge

---

[1] Notice was attached to the Report regarding objections.  (Doc. 14, 3.)