# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Samuel Stefan Daisy,

    Plaintiff,

        v.                              Case No.  1:11cv366

KAO Brands Company,                   Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[ X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion to Dismiss (Doc. 18) is GRANTED with prejudice; Plaintiff's Motion to Dismiss is DENIED without prejudice. This action is closed.

Date: July 16, 2012                        James Bonini, Clerk
                                                        Clerk

                                        By:     *S/Barbara A. Crum*
                                        Deputy Clerk